**Opinion filed October 5, 2023**



## In The

# Eleventh Court of Appeals

_____

## No. 11-23-00047-CV

_____

## IN RE BRIAN LEE SWANSON

**Original Mandamus Proceeding**

## M E M O R A N D U M   O P I N I O N

Relator, Brian Lee Swanson, has filed in this court a motion to dismiss his petition for writ of mandamus. In the motion, Relator states that he no longer wishes to pursue the petition and certifies that counsel for the real party in interest does not oppose the motion. Relator requests that we grant his motion to dismiss.

We grant Relator's motion and dismiss this proceeding.


W. BRUCE WILLIAMS
JUSTICE


October 5, 2023

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.